**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Holly Martenson, | ) | No. CV09-1314-PHX-NVW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PRELIMINARY INJUNCTION |
| | ) | |
| RG Financing, JL Financing, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court having previously entered its findings of fact and conclusions of law and having found Plaintiff entitled to the relief of a preliminary injunction (doc. # 56),

IT IS THEREFORE ORDERED that defendants RG Financing and JL Financing, their officers, agents, servants, employees and attorneys and all persons acting in active concert or participation with them are enjoined from taking any action whatsoever to enforce the "Judgment Order" issued by the McDowell Mountain Justice Court in a certain forcible detainer action styled *JL Financing, LLC v. Holly Martenson, John and Jane Does I – X;* Case No. CC 2009-402215 on July 7, 2009, granting JL Financing, LLC, immediate possession of premises located at 4425 N. 56th Street, Phoenix, AZ 85018 at which plaintiff resides, including the communication of any request to the McDowell Mountain Justice Court for issuance of a Writ of Restitution or assistance with, or supervision of, plaintiff's eviction from her residence. Defendants, their officers,

agents, servants, employees, and attorneys and all persons acting in active concert or participation with them are further enjoined from instituting any legal process of any nature whatsoever to enforce any of the terms and provisions of the above referenced "Judgment Order" of the McDowell Mountain Justice Court, or instituting any proceedings in aid of execution of that judgment or taking any other action in furtherance of, or the effect of which would be to, dispossess plaintiff from her residence located at 4425 N. 56th Street, Phoenix, AZ 85018, including the assertion of any rights of ownership in and to said property or any rights of possession thereof. This injunction shall remain in full force and effect during the pendency of this action unless otherwise modified or lifted by further order of this Court.

IT IS FURTHER ORDERED that this order and preliminary injunction shall take effect when Plaintiff posts a bond in the amount of One Hundred Dollars ($100.00) pursuant to Rule 65(c), Fed. R. Civ. P.

Dated: February 5, 2010, at 11:50 a.m.

_____

Neil V. Wake
United States District Judge